IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

GAYLE ROSE,                        )
                                   )
      Plaintiff,                   )
                                   )
v.                                 )    No. 07-2404-JPM/tmp
                                   )
MATRIXX INITIATIVES, INC. and      )
ZICAM, LLC,                        )
                                   )
      Defendants.                  )

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

      Pending before the Court is the Report and Recommendation

of Magistrate Judge Tu M. Pham, submitted November 9, 2008 (D.E.

60), recommending that Defendants' Motion to Exclude the Expert

Report and Testimony of Terence M. Davidson, M.D. (D.E. 31) be

granted.

      In determining that such action is appropriate, the

Magistrate Judge found that Davidson's testimony that Zicam

caused Plaintiff's anosmia was unreliable because (1) the

studies upon which Davidson relied do not support the argument

that Zicam can reach the olfactory epithelium when used as

directed and (2) Davidson could not offer any scientific support

for his belief that Zicam is capable of reaching the olfactory

epithelium.  The Magistrate Judge therefore found Davidson's

testimony to be unreliable and unhelpful to Plaintiff's burden

of proving both general and specific causation. Accordingly, the Magistrate Judge recommended excluding Davidson's testimony.

No objections to the Report and Recommendation have been filed, and the time for filing objections has since expired. Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and EXCLUDES the testimony of Terence M. Davidson, M.D.


So ORDERED this 31st day of March, 2008.


s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE